No. 01–7656. MARTINEZ-RODRIGUEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 01–7657. MARBLY v. CITY OF SOUTHFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–7658. MARBLY v. MAYOR, CITY OF SOUTHFIELD, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–7659. MARBLY v. CITY OF SOUTHFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–7661. BYRD v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–7665. SMITH v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–7667. JOHNSON v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–7676. NEGRETE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7677. ACEVES v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7678. AYERS v. FATKIN, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 01–7680. BARTLETT v. RYAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7681. ROBINSON v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7682. SCOTT v. MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–7685. ATKINS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7687. ACKLEY v. WASHINGTON. Ct. App. Wash. Certiorari denied.